**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 14 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| HELEN DOE, parent and next friend of Jane Doe; et al., | No. 23-16026 |
| Plaintiffs-Appellees, | D.C. No. 4:23-cv-00185-JGZ District of Arizona, Tucson |
| v. | |
| THOMAS C. HORNE, in his official capacity as State Superintendent of Public Instruction; et al., | ORDER |
| Defendants, | |
| and | |
| WARREN PETERSEN, Senator, President of the Arizona State Senate; BEN TOMA, Representative, Speaker of the Arizona House of Representatives, | |
| Intervenor-Defendants-Appellants. | |
| HELEN DOE, parent and next friend of Jane Doe; et al., | No. 23-16030 |
| Plaintiffs-Appellees, | D.C. No. 4:23-cv-00185-JGZ |
| v. | |
| THOMAS C. HORNE, in his official capacity as State Superintendent of Public Instruction, | |

>             Defendant-Appellant,
>
>  and
>
> LAURA TOENJES, in her official capacity as Superintendent of the Kyrene School District; et al.,
>
>             Defendants,
>
> WARREN PETERSEN, Senator, President of the Arizona State Senate; BEN TOMA, Representative, Speaker of the Arizona House of Representatives,
>
>             Intervenor-Defendants.

Before: SCHROEDER, BERZON, and OWENS, Circuit Judges.

The motions to stay the district court's July 20, 2023 order granting the motion for preliminary injunction (Docket Entry No. 7 in No. 23-16026 and Docket Entry No. 11 in No. 23-16030) are denied. *See Nken v. Holder*, 556 U.S. 418, 434 (2009) (defining standard for stay pending appeal).

The motion to consolidate appeal No. 23-16026 and No. 23-16030 (Docket Entry No. 9 in Appeal No. 23-16030) is granted.

The consolidated opening brief is due on September 8, 2023. The consolidated answering brief is due on October 6, 2023. The optional consolidated reply brief is due within 21 days after service of the answering brief.