UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 16 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| HELEN DOE, parent and next friend of Jane Doe; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> THOMAS C. HORNE, in his official capacity as State Superintendent of Public Instruction; et al., <br><br> Defendants, <br><br> and <br><br> WARREN PETERSEN, Senator, President of the Arizona State Senate and BEN TOMA, Representative, Speaker of the Arizona House of Representatives, <br><br> Intervenor-Defendants - Appellants. | Nos. 23-16026, 23-16030 <br><br> D.C. No. 4:23-cv-00185-JGZ <br> U.S. District Court for Arizona, Tucson <br><br> **ORDER** |

The amicus brief submitted by 196 Athletes in Women's Sports, et al. on October 13, 2023 is filed.

Within 7 days of this order, amici curiae are ordered to file 6 copies of the brief in paper format with green covers, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted

electronically. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The paper copies shall be submitted to the principal office of the Clerk. The address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939. The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT