UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 4 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| HELEN DOE, parent and next friend of Jane Doe; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> THOMAS C. HORNE, in his official capacity as State Superintendent of Public Instruction; et al., <br><br> Defendants, <br><br> and <br><br> WARREN PETERSEN, Senator, President of the Arizona State Senate; BEN TOMA, Representative, Speaker of the Arizona House of Representatives, <br><br> Intervenor-Defendants-Appellants. | No. 23-16026 <br><br> D.C. No. 4:23-cv-00185-JGZ <br> District of Arizona, Tucson <br><br> ORDER |
| HELEN DOE, parent and next friend of Jane Doe; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> THOMAS C. HORNE, in his official capacity as State Superintendent of Public Instruction, | No. 23-16030 <br><br> D.C. No. 4:23-cv-00185-JGZ |

2

>Defendant-Appellant,
>
>and
>
>LAURA TOENJES, in her official capacity as Superintendent of the Kyrene School District; et al.,
>
>>Defendants,
>
>WARREN PETERSEN, Senator, President of the Arizona State Senate; BEN TOMA, Representative, Speaker of the Arizona House of Representatives,
>
>>Intervenor-Defendants.

Intervenors-Defendants-Appellants' Petition for Initial En Banc Consideration and for En Banc Consideration of Motion to Stay Pending Appeal, Docket No. 17, is **DENIED**.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT