# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

October 22, 2024

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526

Re:  Warren Petersen, President of the Arizona Senate, et al.
v. Jane Doe, by Next Friends and Parents Helen Doe and James
Doe, et al.
No. 24-449
(Your No. 23-16026, 26-16030)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on October 17, 2024 and placed on the docket October 22, 2024 as No. 24-449.

Sincerely,

**Scott S. Harris**, Clerk

by

Susan Frimpong
Case Analyst