UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 5 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| HELEN DOE, parent and next friend of Jane Doe; JAMES DOE, parent and next friend of Jane Doe; KATE ROE, parent and next friend of Megan Roe; ROBERT ROE, parent and next friend of Megan Roe, | No.   23-16026 |
| | D.C. No. 4:23-cv-00185-JGZ District of Arizona, Tucson |
| Plaintiffs-Appellees, | ORDER |
| v. | |
| THOMAS C. HORNE, in his official capacity as State Superintendent of Public Instruction; LAURA TOENJES, in her official capacity as Superintendent of the Kyrene School District; KYRENE SCHOOL DISTRICT; GREGORY SCHOOL; ARIZONA INTERSCHOLASTIC ASSOCIATION INCORPORATED, | |
| Defendants, | |
| and | |
| WARREN PETERSEN, Senator, President of the Arizona State Senate; BEN TOMA, Representative, Speaker of the Arizona House of Representatives, | |
| Intervenor-Defendants-Appellants. | |
| HELEN DOE, parent and next friend of Jane Doe; JAMES DOE, parent and next friend of Jane Doe; KATE ROE, parent and next | No.   23-16030 |
| | D.C. No. 4:23-cv-00185-JGZ |

friend of Megan Roe; ROBERT ROE, parent and next friend of Megan Roe,

   Plaintiffs-Appellees,

 v.

THOMAS C. HORNE, in his official capacity as State Superintendent of Public Instruction,

   Defendant-Appellant,

 and

LAURA TOENJES, in her official capacity as Superintendent of the Kyrene School District; KYRENE SCHOOL DISTRICT; GREGORY SCHOOL; ARIZONA INTERSCHOLASTIC ASSOCIATION INCORPORATED,

   Defendants,

WARREN PETERSEN, Senator, President of the Arizona State Senate; BEN TOMA, Representative, Speaker of the Arizona House of Representatives,

   Intervenor-Defendants.

Before: McKEOWN and CHRISTEN, Circuit Judges, and EZRA,[*] District Judge.

  The parties shall file a joint status report no later than September 15, 2026,

---

  [*]  The Honorable David A. Ezra, United States District Judge for the District of Hawaii, sitting by designation.

setting forth their agreement or—if they fail to reach agreement—their respective positions as to how these appeals should proceed in light of the Supreme Court's decisions in *Petersen v. Doe*, 2026 WL 1871306 (U.S. June 30, 2026), and *West Virginia v. B. P. J. ex rel. Jackson*, 609 U.S. ----, 146 S. Ct. 2356 (2026).